No. 01–1773. COLE, TRUSTEE OF THE STANFORD FARMS TRUST v. SANTA BARBARA COUNTY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–9812. ARTURO D. v. CALIFORNIA; and
No. 01–10107. HINGER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Reported below: 27 Cal. 4th 60, 38 P. 3d 433.

No. 01–10070. FORD v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 01–10192. GRAYSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–107. DANIEL ET AL. v. SANTA BARBARA COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 02–108. DENBURY MANAGEMENT, INC. v. GOULAS ET VIR. C. A. 5th Cir. Certiorari denied.

No. 02–220. ODOM, SECRETARY, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL. v. ANTRICAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–227. WILLIAMS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–234. CHEYOVICH ET UX. v. SAN MARINO SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–235. ALLEN v. TEXACO INC. C. A. 5th Cir. Certiorari denied.

No. 02–236. BURKE ET AL. v. ROCHA. C. A. 9th Cir. Certiorari denied.

No. 02–242. DE LLANO v. BERGLUND ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–243. CAFFREY v. CAFFREY. Sup. Ct. Mont. Certiorari denied.